FILED
 2009 Feb-27  PM 03:25
 U.S. DISTRICT COURT
 N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# JASPER DIVISION

| | |
|---|---|
| **CHARLIE ONEAL PETERSON,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| vs. | ) Case No: CV 08-S-1998-J |
| | ) |
| **CORRECTIONAL MEDICAL** | ) |
| **SERVICES, INC., et al.,** | ) |
| | ) |
| **Defendants.** | ) |

## MEMORANDUM OPINION

The magistrate judge filed a report and recommendation on December 17, 2008, recommending that this action, filed by Charlie Oneal Peterson pursuant to 42 U.S.C. § 1983, be dismissed under 28 U.S.C. § 1915A(b). The plaintiff filed objections to the report and recommendation on December 23, 2008.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation and the objections thereto, the Court is of the opinion that the magistrate judges report is due to be, and it hereby is, ADOPTED, and the recommendation is ACCEPTED. Accordingly, the complaint is due to be dismissed pursuant to 28 U.S.C. § 1915A(b). A Final Judgment will be entered.

DONE this 27th day of February, 2009.

                                                      _____
                                                      United States District Judge